JULIA E. COOK, Respondent, *v.* THE PEOPLE'S MILK
COMPANY, Appellant.

*Cook* v. *People's Milk Co.*, 175 App. Div. 966, affirmed.
(Argued December 10, 1918; decided January 14, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered November 24, 1916, affirming a judgment in
favor of plaintiff entered upon a verdict. This action
is for negligence for alleged injury caused to plaintiff by
consuming milk which, it is alleged in the plaintiff's bill
of particulars, contained phosphorous. The complaint
alleged that the milk was sold to plaintiff by a grocer
who had purchased the same in a bottle from the defend-
ant. The complaint sets forth two causes of action, the
first based on negligence and the second on warranty.
The second cause of action was dismissed at the close
of plaintiff's case, and no appeal was taken by plaintiff.
The question, therefore, was whether or not the plaintiff
proved that the milk at the time it left defendant's plant
contained phosphorous due to negligence of defendant.

*Walter Jeffreys Carlin* for appellant.

*Ralph S. Kent* and *W. Bartlett Sumner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
CARDOZO, POUND and ANDREWS, JJ.